UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

RENEE YOUNG and ROXANE TIERNEY,
Individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

L'OREAL, INC.,

                Defendant.

---------------------------------------------------------------X

21-CV-0446 (GHW) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court hereby orders a hearing to be held on **Wednesday, May 19th at 2:00 pm.** on Microsoft Teams**.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Counsel for the parties shall be prepared to provide oral argument and answer questions.

    **SO ORDERED.**

DATED:    New York, New York
                May 13, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge