```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
RENEE YOUNG AND ROXANE TIERNEY,                                    :
*Individually and On Behalf of All Others Similarly Situated*,     :
                                                                   :
                                        Plaintiffs,                :
                                                                   :
                -against-                                          :
                                                                   :
L'ORÉAL USA, INC.,                                                 :
                                                                   :
                                        Defendant.                 :
                                                                   :
------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2021

1:21-cv-00446-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On May 20, 2021, Magistrate Judge Parker issued a Report and Recommendation ("R&R") recommending that Plaintiffs' claims be dismissed with prejudice. Dkt. No. 68 at 22. Objections to the R&R were due June 3, 2021. The Court did not receive any objections.

The Court has reviewed the Report and Recommendation for clear error and finds none. *See Braunstein v. Barber*, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record."). The Court therefore accepts and adopts the Report and Recommendation in its entirety. Accordingly, Defendant's motion to dismiss, Dkt. No. 59, is GRANTED.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 59 and to close the case.

SO ORDERED.

Date: June 4, 2021  
New York, New York

                                                GREGORY H. WOODS  
                                                United States District Judge