**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RENEE YOUNG AND ROXANE TIERNEY,
Individually and On Behalf of All Others Similarly
Situated,

                       Plaintiff,

       -against-

L'ORÉAL USA, INC.,
                       Defendant.
-----------------------------------------------------------X

21 **CIVIL** 446 (GHW)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/2021

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 4, 2021, the Court has reviewed the Report and Recommendation for clear error and finds none. See Braunstein v. Barber, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record."). The Court has therefore accepted and adopted the Report and Recommendation in its entirety. Accordingly, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
           June 4, 2021

                                                 **RUBY J. KRAJICK**

                                                  Clerk of Court
                    BY:
                                                 **Deputy Clerk**