USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/07/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

RENEE YOUNG and ROXANE TIERNEY,
Individually and on behalf of all others similarly situated,

                              Plaintiffs,

            -against-

L'OREAL, INC.,

                              Defendant.

----------------------------------------------------------------X

21-CV-0446 (GHW) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Order of Dismissal filed on June 4, 2021 (doc. no 71) the Initial Case Management Conference currently scheduled for **June 29, 2021** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:     New York, New York
                 June 7, 2021

                                                              _____
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge